IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JORGE GERARDO QUILES MALDONADO<br><br>xx-xx-9150<br><br>Debtor(s) | CASE NO. 18-01599-ESL13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAY/20/2019 |

ORDER DISMISSING CASE

    It appearing that Debtors have failed to comply with this court's order of April 18, 2019 (see docket entry #90), it is now

    ORDERED that the instant case be and it is hereby dismissed; and it is further

    ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 20 day of May, 2019.

*Enrique S. Lamoutte*
United States Bankruptcy Judge