IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-01599-ESL13 |
| JORGE GERARDO QUILES MALDONADO | Chapter 13 |
| xx-xx-9150 | |
| Debtor | FILED & ENTERED ON NOV/07/2019 |

ORDER

    The urgent motion filed by Damaris Santiago Mendez requesting a hearing to claim child support payment (docket #105) is hereby denied. The request is not denied because the same has no merit but because after the case was dismissed on May 20, 2019 the court has no jurisdiction over related matters.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 7 day of November, 2019.

*[signature]*
Enrique S. Lamoutte
United States Bankruptcy Judge